IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| KIONDRA BROADWAY, )<br>  )<br>    Plaintiff, )<br>  )<br>  v. )  CV 123-195<br>  )<br>ANTOINETTE LEWIS, ADA Coordinator; )<br>ANTHONY HIGHTOWER, General Counsel; )<br>DR. GARRETT GREEN, Chief Diversity )<br>Officer; DR. NEIL MACKINNON, )<br>Provost and Vice President of Academic )<br>Affairs; and AUGUSTA UNIVERSITY, )<br>  )<br>    Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 18.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant Augusta University, Plaintiff's ADA retaliation claim, and Plaintiff's individual capacity claims against Defendants Lewis, Hightower, Green, and Mackinnon for failure to state a claim, as well as Plaintiff's Title VII claim for failure to exhaust administrative remedies. The case shall proceed against Defendants Lewis, Hightower, Green, and Mackinnon as described in the Magistrate Judge's April 2, 2024 Order. (Doc. no. 11.)

SO ORDERED this _14th_ day of May, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA