IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KIONDRA BROADWAY, | * | |
| Plaintiff, | * | |
| v. | * | CV 123-195 |
| ANTOINETTE LEWIS, ADA Coordinator; ANTHONY HIGHTOWER, General Counsel; DR. GARRETT GREEN, Chief Diversity Officer; and DR. NEIL MACKINNON, Provost and Vice President of Academic Affairs, | * | |
| Defendants. | * | |

O R D E R

Presently pending before the Court is Plaintiff's motion for reconsideration of the Court's April 18, 2025 Order. (Doc. 47.) The Court already denied Plaintiff's request to proceed *in forma pauperis* ("IFP") on appeal and certified that Plaintiff's motion did not comply with Federal Rule of Appellate Procedure 24. (Doc. 46, at 2.)

Plaintiff now moves the Court to reconsider its April 18, 2025 Order. (Doc. 47, at 2.) However, the Court has reviewed Plaintiff's motion and finds no legitimate basis to reconsider its conclusion that Plaintiff's request failed to follow the procedural requirements of Federal Rule of Appellate Procedure 24.

Federal Rule of Appellate Procedure 24 requires that a party who seeks to appeal IFP must file a motion in district court with an attached affidavit that "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay . . .; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." FED. R. APP. P. 24(a)(1). As outlined in the Court's April 18, 2025 Order, Plaintiff submitted information regarding her inability to pay in the detail prescribed by Form 4 and claimed entitlement to redress in her motion to appeal IFP, but she did not state the issues she intended to present on appeal. (Doc. 46, at 2.)

In her motion for reconsideration, Plaintiff asserts she met this requirement because her "Civil Appeal Statement states the issues the appellant intends to appeal to." (Doc. 47, at 2.) The referenced Civil Appeal Statement was filed with and received by the United States Court of Appeals for the Eleventh Circuit on April 15, 2025. (Id. at 4.) This statement is entirely separate from the motion to appeal IFP and affidavit required to be filed with the district court under Federal Rule of Appellate Procedure 24. The motion to appeal IFP that Plaintiff filed with this Court (Doc. 44) does not state the issues presented for appeal. Thus, this requirement remains unmet, and reconsideration is unwarranted. For these reasons, Plaintiff's motion for reconsideration (Doc. 47) is **DENIED**. The Clerk is **DIRECTED** to **TRANSMIT** this Order to the Eleventh Circuit Court of Appeals.

**ORDER ENTERED** at Augusta, Georgia, this ___8th___ day of October, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA